# EXHIBIT A

# SOFTWARE DEVELOPMENT SERVICES AGREEMENT

**THIS SOFTWARE DEVELOPMENT SERVICES AGREEMENT (the "Agreement") is dated this** 2nd **day of** May **,** 2022 **.**

| CLIENT | CONTRACTOR |
|---|---|
| Boka Inc. | LeanSprint Inc. DBA BitLab |
| 1601 sunset plaza drive Los Angeles, CA 90069, USA | 30 Read St, Aurora, Ontario, Canada |
| (the "Client") | (the "Contractor") |

## BACKGROUND

**A.** The Client is of the opinion that the Contractor has the necessary qualifications, experience and abilities to provide computer services to the Client.

**B.** The Contractor is agreeable to providing such software development services to the Client on the terms and conditions set out in this Agreement.

---

**IN CONSIDERATION OF** the matters described above and of the mutual benefits and obligations set forth in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the Client and the Contractor (individually the "Party" and collectively the "Parties" to this Agreement) agree as follows:

## SERVICES PROVIDED

1. The Client hereby agrees to engage the Contractor to provide the Client with the following software development services (the "Services"):

    - Build, Operate, and Maintain a beauty directory and bookings platform.
    - Platform consists of a Platform Backend, a Website, and a Mobile App.
    - The requirements and features of the platform to be determined by the Client in coordination with Contractor on an ongoing basis as part of the Software Delivery Process.
    - The requirements will be documented as Agile User stories, in addition to Mockups.
    - Stories will be signed off by Client prior to starting the work to develop the stories.
    - The software to be delivered to the Client in Sprints, where a sprint is a fixed duration (2-3 weeks), where the team will do work to deliver working Stories.

- The Stories to be worked on every Sprint will be agreed upon by the Client and Contractor.

2. The Services will also include any other computer tasks which the Parties may agree on. The Contractor hereby agrees to provide such Services to the Client.

**TERM OF AGREEMENT**

3. The term of this Agreement (the "Term") will begin on the date of this Agreement and will remain in full force and effect indefinitely until terminated as provided in this Agreement.

4. In the event that either Party wishes to terminate this Agreement, that Party will be required to provide 10 days' written notice to the other Party.

5. In the event that either Party breaches a material provision under this Agreement, the non-defaulting Party may terminate this Agreement immediately and require the defaulting Party to indemnify the non-defaulting Party against all reasonable damages.

6. This Agreement may be terminated at any time by mutual agreement of the Parties.

7. Except as otherwise provided in this Agreement, the obligations of the Contractor will end upon the termination of this Agreement.

**PERFORMANCE**

8. The Parties agree to do everything necessary to ensure that the terms of this Agreement take effect.

**CURRENCY**

9. Except as otherwise provided in this Agreement, all monetary amounts referred to in this Agreement are in USD (United States Dollars).

**COMPENSATION**

10. The Contractor will charge the Client for the Services as follows (the "Compensation"):
    - 
        - CTO Services - Billed hourly at $105 per hour, billed per hours incurred. With option to convert part of payment to equity or stock options, in agreement with Boka Inc.
        - UI/UX Designer - Billed hourly at $25 per hour, billed per hours incurred.
        - Software Developers - Billed Monthly in advance, at $32 per hour.
        - Quality Assurance Engineers / Testers - Billed Monthly in advance, at $15 per hour.
        - DevOps Engineer - Billed hourly at $32 per hour, billed per hours incurred.

11. Invoices submitted by the Contractor to the Client are due within 10 business days of receipt.

12. In the event that this Agreement is terminated by the Client prior to completion of the Services but where the Services have been partially performed, the Contractor will be entitled to pro rata payment of the Compensation to the date of termination provided that there has been no breach of contract on the part of the Contractor.

## REIMBURSEMENT OF EXPENSES

13. The Contractor will be reimbursed from time to time for reasonable and necessary expenses incurred by the Contractor in connection with providing the Services.

14. All expenses must be pre-approved by the Client.

## INTEREST ON LATE PAYMENTS

15. Interest payable on any overdue amounts under this Agreement is charged at a rate of 2.00% per annum or at the maximum rate enforceable under applicable legislation, whichever is lower.

## CONFIDENTIALITY

16. Confidential information (the "Confidential Information") refers to any data or information relating to the business of the Client which would reasonably be considered to be proprietary to the Client including, but not limited to, accounting records, business processes, and client records and that is not generally known in the industry of the Client and where the release of that Confidential Information could reasonably be expected to cause harm to the Client.

17. The Contractor agrees that they will not disclose, divulge, reveal, report or use, for any purpose, any Confidential Information which the Contractor has obtained, except as authorized by the Client or as required by law. The obligations of confidentiality will apply during the Term and will survive indefinitely upon termination of this Agreement.

18. All written and oral information and material disclosed or provided by the Client to the Contractor under this Agreement is Confidential Information regardless of whether it was provided before or after the date of this Agreement or how it was provided to the Contractor.

## OWNERSHIP OF INTELLECTUAL PROPERTY

19. All intellectual property and related material, including any trade secrets, moral rights, goodwill, relevant registrations or applications for registration, and rights in any patent, copyright, trademark, trade dress, industrial design and trade name (the "Intellectual Property") that is developed or produced under this Agreement, will be the sole property of the Client. The use of the Intellectual Property by the Client will not be restricted in any manner.

20. The Contractor may not use the Intellectual Property for any purpose other than that contracted for in this Agreement except with the written consent of the Client. The Contractor will be responsible for any and all damages resulting from the unauthorized use of the Intellectual

Property.

**RETURN OF PROPERTY**

21. Upon the expiry or termination of this Agreement, the Contractor will return to the Client any property, documentation, records, or Confidential Information which is the property of the Client.

**CAPACITY/INDEPENDENT CONTRACTOR**

22. In providing the Services under this Agreement it is expressly agreed that the Contractor is acting as an independent contractor and not as an employee. The Contractor and the Client acknowledge that this Agreement does not create a partnership or joint venture between them, and is exclusively a contract for service.

**RIGHT OF SUBSTITUTION**

23. Except as otherwise provided in this Agreement, the Contractor may, at the Contractor's absolute discretion, engage a third party sub-contractor to perform some or all of the obligations of the Contractor under this Agreement and the Client will not hire or engage any third parties to assist with the provision of the Services.

24. In the event that the Contractor hires a sub-contractor:

    - the Contractor will pay the sub-contractor for its services and the Compensation will remain payable by the Client to the Contractor.

    - for the purposes of the indemnification clause of this Agreement, the sub-contractor is an agent of the Contractor.

**AUTONOMY**

25. Except as otherwise provided in this Agreement, the Contractor will have full control over working time, methods, and decision making in relation to provision of the Services in accordance with the Agreement. The Contractor will work autonomously and not at the direction of the Client. However, the Contractor will be responsive to the reasonable needs and concerns of the Client.

**EQUIPMENT**

26. Except as otherwise provided in this Agreement, the Contractor will provide at the Contractor's own expense, any and all tools, equipment, cabling, software, replacement parts, supplies and any other items or parts necessary to deliver the Services in accordance with the Agreement.

**NO EXCLUSIVITY**

27. The Parties acknowledge that this Agreement is non-exclusive and that either Party will be free, during and after the Term, to engage or contract with third parties for the provision of services similar to the Services.

## NOTICE

**28.** All notices, requests, demands or other communications required or permitted by the terms of this Agreement will be given in writing and delivered to the Parties at the following addresses:

    **a.** Boka Inc.
       1601 sunset plaza drive Los Angeles, CA 90069, USA

    **b.** LeanSprint Inc. DBA BitLab
       30 Read St, Aurora, Ontario, Canada

or to such other address as either Party may from time to time notify the other.

## INDEMNIFICATION

**29.** Except to the extent paid in settlement from any applicable insurance policies, and to the extent permitted by applicable law, each Party agrees to indemnify and hold harmless the other Party, and its respective directors, shareholders, affiliates, officers, agents, employees, and permitted successors and assigns against any and all claims, losses, damages, liabilities, penalties, punitive damages, expenses, reasonable legal fees and costs of any kind or amount whatsoever, which result from or arise out of any act or omission of the indemnifying party, its respective directors, shareholders, affiliates, officers, agents, employees, and permitted successors and assigns that occurs in connection with this Agreement. This indemnification will survive the termination of this Agreement.

## MODIFICATION OF AGREEMENT

**30.** Any amendment or modification of this Agreement or additional obligation assumed by either Party in connection with this Agreement will only be binding if evidenced in writing signed by each Party or an authorized representative of each Party.

## TIME OF THE ESSENCE

**31.** Time is of the essence in this Agreement. No extension or variation of this Agreement will operate as a waiver of this provision.

## ASSIGNMENT

**32.** The Contractor will not voluntarily, or by operation of law, assign or otherwise transfer its obligations under this Agreement without the prior written consent of the Client.

## ENTIRE AGREEMENT

**33.** It is agreed that there is no representation, warranty, collateral agreement or condition affecting this Agreement except as expressly provided in this Agreement.

## ENUREMENT

34. This Agreement will enure to the benefit of and be binding on the Parties and their respective heirs, executors, administrators and permitted successors and assigns.

**TITLES/HEADINGS**

35. Headings are inserted for the convenience of the Parties only and are not to be considered when interpreting this Agreement.

**GENDER**

36. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

**GOVERNING LAW**

37. This Agreement will be governed by and construed in accordance with the laws of the Province of Ontario.

**SEVERABILITY**

38. In the event that any of the provisions of this Agreement are held to be invalid or unenforceable in whole or in part, all other provisions will nevertheless continue to be valid and enforceable with the invalid or unenforceable parts severed from the remainder of this Agreement.

**WAIVER**

39. The waiver by either Party of a breach, default, delay or omission of any of the provisions of this Agreement by the other Party will not be construed as a waiver of any subsequent breach of the same or other provisions.

**IN WITNESS WHEREOF** the Parties have duly affixed their signatures under hand and seal on this _____ day of _____, _____.

Boka Inc.

Per: _____ (Seal)
Officer's Name: Carina R Oeystilae
_____

LeanSprint Inc. DBA BitLab

Per: _____ (Seal)
Officer's Name: Shoukri Kattan
_____

Doc ID: be22ed093446cb8a2bf0e1ad89553795bc7bd8fc



Audit Trail

| | |
|---|---|
| **TITLE** | BitLab Software Development Agreement |
| **FILE NAME** | BOKA-2.pdf |
| **DOCUMENT ID** | be22ed093446cb8a2bf0e1ad89553795bc7bd8fc |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

**SENT**  05 / 02 / 2022  19:55:36 UTC  
Sent for signature to Carina Rebecca Oeystilae (rebecca.oys@gmail.com) from kattan.shoukri@bitlab.co  
IP: 99.254.24.86

**VIEWED**  05 / 02 / 2022  20:01:10 UTC  
Viewed by Carina Rebecca Oeystilae (rebecca.oys@gmail.com)  
IP: 107.184.126.104

**SIGNED**  05 / 02 / 2022  20:03:09 UTC  
Signed by Carina Rebecca Oeystilae (rebecca.oys@gmail.com)  
IP: 107.184.126.104

**COMPLETED**  05 / 02 / 2022  20:03:09 UTC  
The document has been completed.

Powered by HELLOSIGN